ORIGINAL

FILED
U.S. DISTRICT COURT
2008 JUN 20 AM 8: 19
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRUCE TIMOTHY JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 308-025 |
| | ) | |
| FRED BURNETTE, Warden, Telfair State | ) | |
| Prison, and THURBERT BAKER, Attorney | ) | |
| General of the State of Georgia, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections (doc. no. 7) have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 20th day of June, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE